UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC YOUNGBLOOD, | ) | No. CV 19-624 VAP (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JILL PERSIPP, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 19, 2019

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
Chief United States District Judge